# EXHIBIT 1

### Page 1

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF ILLINOIS
 3              EASTERN DIVISION
 4  ----------------------------------------------
 5  Janet Godinez,
 6
 7       Plaintiff,
 8
 9     vs.              Case Number 1:2016cv07344
10
11  City of Chicago et al.,
12
13       Defendants.
14  ----------------------------------------------
15        Deposition of Erika Armas Leanos
16                    Monday
17              April 29th, 2019
18
19                     -at-
20
21         Everett M. Dirksen U.S. Courthouse
22             219 South Dearborn Street
23                Chicago, Illinois
24
25
```

### Page 2

```
 1                 APPEARANCES
 2
 3       For the Plaintiff:
 4          Kevin T. Turkcan
 5          Hamilton Law Office, LLC
 6          53 West Jackson Boulevard
 7             Suite 452
 8          Chicago, Illinois 60604
 9
10       For Defendant City of Chicago:
11          Natalie Adeeyo
12          Robin Shoffner
13          Nathan & Kamionski LLP
14          33 West Monroe Street
15             Suite 1830
16          Chicago, Illinois 60603
17
18       For the Individual Defendant Officers:
19          Matthew P. Dixon
20          Querrey & Harrow
21          175 West Jackson Boulevard
22             Suite 1600
23          Chicago, Illinois 60604
24
25       RECORDER:  Good morning.  We are now on the
```

### Page 3

```
 1  record.  Today is Monday, April 29th, 2019.  The time
 2  is now 9:47 a.m.  We are located at Everett M. Dirksen
 3  U.S. Courthouse, 219 South Dearborn Street, Room 2141,
 4  Chicago, Illinois, for a deposition in the matter of
 5  Janet Godinez v. City of Chicago et al., case number
 6  1:2016cv07344.  The venue is Northern District of
 7  Illinois, Eastern Division.  The witness today is Erika
 8  Armas Leanos.  Ms. Leanos, my name is Lauren Lykke.
 9  I'm a notary public, and I'm recording this deposition
10  on behalf of Exhibit 5, LLC.  At this time, would you
11  please raise your right hand for the oath?
12       MS. ARMAS LEANOS:  Yes.
13          (Witness sworn)
14       RECORDER:  Thank you.  Would the attorneys
15  please state their appearances for the record?
16       MS. ADEEYO:  Natalie Adeeyo on behalf of the
17  city.
18       MS. SHOFFNER:  Robin Shoffner on behalf of
19  the city.
20       MR. DIXON:  Matt Dixon on behalf of the
21  individually named Defendants.
22       MR. TURKCAN:  Kevin Turkcan on behalf of the
23  Plaintiff.
24       RECORDER:  That completes the required
25  information.  We can proceed.
```

### Page 4

```
 1                 EXAMINATION
 2  BY MS. ADEEYO:
 3     Q.  Good morning.  Please state and spell your
 4  first and last name.
 5     A.  It's E-r-i-k-a, and then -- well I usually
 6  just use Armas, A-r-m-a-s.
 7     Q.  Is Leanos your father's last name or your
 8  mother's --
 9     A.  My mother's.                    0:01:16
10     Q.  And Armas is your father's last name?
11     A.  My father's, yes.
12     Q.  Have you ever given a deposition before?
13     A.  No, I haven't.
14     Q.  Okay.  And just so I know, is it okay if I
15  call you Erika?
16     A.  That's fine.
17     Q.  Perfect.  So since you haven't given a
18  deposition before, I'm just going to go through a
19  couple of ground rules with you, okay?
20     A.  Okay.
21     Q.  First, when I'm speaking, try not to speak at
22  the same time, just because it's hard for the -- for it
23  to be heard on the video when we're talking, I'll also
24  try to pay you that same courtesy.  Try to avoid just
25  nodding your head or saying, "Mm-hmms" or "Mm-mms,"
```

Page 13

1  Q. What were the arguments about?  0:11:01
2  A. Like -- just, like, random things like any
3  other relationship.
4  Q. Can you think of any of the topics offhand
5  that you guys were fighting about or breaking up about?
6  A. Well I can't remember some of the stuff at
7  the top of my head right now.
8  Q. How would you describe your relationship?
9  A. He was -- he was a very good person. I mean,
10 we had our ups and downs, but he was -- he was a very
11 good person.
12 Q. Your son now that you mentioned a moment ago,
13 that wasn't Heriberto's son, was it?
14 A. No.
15 Q. Okay. Was your relationship ever abusive?
16 A. No.  0:11:59
17    MR. TURKCAN: Object to form.
18 Q. Did Heriberto ever hit you?
19 A. No.
20 Q. Did he ever push you?
21 A. I mean, yeah, he -- he did. My mom witnessed
22 that.
23 Q. Do you remember when that was?
24 A. I can't remember at the top of my head.
25 Q. You said your mom witnessed it?

Page 14

1  A. I mean, I'm sorry, not my mom, my dad.
2  Q. Okay. What was going on when that happened?
3  A. We had gotten into a little argument at the
4  time.
5  Q. What were you arguing about?
6  A. I cannot remember.
7  Q. Did you put your hands on him?
8  A. I don't -- I don't remember.
9  Q. Did he push you once or how many times?
10 A. Just one time.
11 Q. Did you fall?
12 A. I did because I was on ice at the time, so I
13 -- it could have been ice.
14 Q. So this happened in the wintertime?
15 A. Mm-hmm.  0:13:02
16 Q. Okay. Is that a yes?
17 A. Yes, I'm sorry.
18 Q. No worries. When he pushed you, had he been
19 drinking?
20 A. No.
21 Q. Do you know if he was on drugs?
22 A. No, he was not.
23 Q. Have you guys ever -- was he ever verbally
24 abusive to you?
25    MR. TURKCAN: Object to form.

Page 15

1  A. Not really, just sometimes when he was mad,
2  yeah, he was.
3  Q. Did he curse at you?
4  A. We both cursed each other.
5  Q. Did he ever call you out of your name?
6     MR. TURKCAN: I'm sorry, what was the
7  question?
8  Q. Did he ever call you out of your name?
9  A. Sometimes we would call each other out of --
10 we would call each other out of our name.
11 Q. Okay. Do you remember what he would call
12 you?
13 A. I don't remember.  0:13:59
14 Q. Has he ever punched you?
15 A. No.
16 Q. Kicked you?
17 A. No.
18 Q. Now you mentioned that Heriberto was your
19 boyfriend at the time that he passed away?
20 A. Yes.
21 Q. That was in July of 2015, correct?
22 A. Yes.
23 Q. Did you all have a fight that day --
24    MR. TURKCAN: Object to form.
25 Q. -- on July 20th, 2015?

Page 16

1  A. We were --
2     MR. TURKCAN: Object to form.
3  A. -- arguing.
4  Q. What were you arguing about?
5  A. Because I was leaving him that day.
6  Q. Why were you leaving him?
7  A. We were having argument because he had been
8  drinking and I didn't want him to be drinking.
9  Q. Do you know how much he had to drink that
10 day?
11 A. I did not know because I was working the day
12 before, so he was already drunk since when I got off of
13 work.
14 Q. When did you get off work?  0:15:05
15 A. It was a -- it was on a Saturday, I got home
16 from work late that day, like at 7:00 or 8:00, and he
17 was already drunk that day.
18 Q. So do you remember what you said to him about
19 him being drunk that day?
20 A. I don't remember.
21 Q. Okay. But then you told him that you were
22 going to leave?
23 A. Yeah, I know -- I know we were arguing
24 because I was leaving him because we were in a -- we
25 had gotten in a fight, so -- in an argument, I'm sorry.

Page 17

1   Q.  Was it at all physical, that fight?
2   A.  No.
3   Q.  So how was he acting?                0:15:48
4   A.  He was very drunk and paranoid at the time.
5   Q.  When you say, "Paranoid," what do you mean?
6   A.  I'm not sure how I can describe it, I just
7   know that he -- I think he was scared that I was going
8   to leave him, he didn't want to stay by himself.
9   Q.  Was he slurring his words?
10  A.  Yes, he was drunk.
11  Q.  Was he sweating?
12  A.  No, he wasn't.
13  Q.  Was he yelling?
14  A.  Yes, we were both yelling at each other.
15  Q.  Did he appear high at all?
16      MR. TURKCAN:  Object to form and foundation.
17  A.  I don't recall.
18  Q.  Do you know if he did any drugs that day?
19      MR. TURKCAN:  Object to form and foundation.   0:16:52
20  A.  I did not witness any of that.  I'm not sure.
21  Q.  Have you ever seen him do drugs?
22  A.  No, because I didn't like him doing drugs.
23  Q.  So you've never seen him smoke weed?
24  A.  I mean, smoke weed, yes, but not, like, any
25  other drug that --

Page 18

1   Q.  Have you ever seen him use cocaine?
2   A.  No, I didn't like him doing cocaine.
3   Q.  Had he done cocaine before, to your
4   knowledge?
5   A.  I mean, there was, like, maybe two occasions
6   that he did while we were together, I'm not sure if he
7   did any -- that I caught him, not, like, witness him do
8   it, but I knew he was -- I knew he have done it, and I
9   caught up to his lie, and he confessed to me, but
10  that's how I knew he was on it, but I'm not sure if he
11  took any drugs before.
12  Q.  So he confessed to you that he was using
13  cocaine twice before, right?
14  A.  Yes.                                  0:18:07
15  Q.  Do you recall when those confessions
16  happened?
17  A.  No, I don't.
18  Q.  Do you know if they were in the year 2015?
19  A.  I can't remember.
20  Q.  Do you know who he was using cocaine with?
21  A.  I -- I wouldn't be so sure, but I -- I
22  possibly could know that it was his friends because
23  only when he would go out with them, which would be,
24  like, not often, but I'm not sure if -- I'm not quite
25  sure if it was with them or not.

Page 19

1   Q.  Who are his friends that you know of?     0:19:00
2   A.  I don't know many of his friends.  I just
3   know the ones he brought around me, which wasn't many.
4   Q.  Do you know any of their names?
5   A.  I can't remember most of them at the top of
6   my head right now.
7   Q.  Does Jeronimo sound familiar?
8   A.  He sound -- he does sound familiar.  I
9   believe, if I'm not mistaken, he was one of the ones
10  that was with him the day he passed.
11  Q.  How do you know that?
12  A.  He was over at the house.  I believe that was
13  -- if that was him, I think.
14  Q.  Would you say you're friends with Jeronimo?
15  A.  Me, no.
16  Q.  You guys -- do you and Heriberto have any
17  friends in common?
18  A.  Not really.                              0:19:53
19  Q.  On those occasions when he confessed to you
20  that he had been using cocaine, did you threaten to
21  leave him?
22  A.  Yes.
23  Q.  On both occasions?
24  A.  Yes, which were a couple of times when we
25  would get into arguments.

Page 20

1   Q.  So that -- that night when you came home from
2   work and you saw that he had been drinking, you
3   threatened to leave him that day?
4   A.  Yes.
5   Q.  Did he say to you that if you left him, he
6   would kill himself?
7   A.  No, he would never do that.
8   Q.  Has he ever threatened to kill himself --
9   A.  No.
10  Q.  -- in front of you?
11  A.  No.
12  Q.  Those time -- those two occasions when he
13  told you that he had been using cocaine, could you tell
14  if he was high?
15  A.  Yes.                                  0:21:01
16  Q.  Okay.  How do -- how did you know he was
17  high?
18  A.  He was -- he wasn't himself, like as in he
19  didn't look like himself, his eyes were -- were very
20  big, and you could tell that he was on something.
21  Q.  And how was he acting?
22  A.  He was just, like, stuttering, but he was
23  always, like, a loud person, like he was very -- like,
24  that's how he was, so when he was on it, he would talk
25  really low, so that's how I knew he was on something.

Page 21

1  Q. So that day when you were going to leave him,
2  were you packing up to leave out of the home, or were
3  you kicking him out?
4  A. No, I -- I was packing to go -- to leave.    0:22:02
5  Q. Where were you living in July of 2015?
6  A. When -- after I moved out?
7  Q. No, prior to that night, where were you
8  living?
9  A. Oh.
10 Q. Or on that night, where were you living?
11 A. I -- we were living together in the
12 apartment, I -- on 39th Place, I believe, or I think it
13 was --
14 Q. Do you know the address?
15 A. I don't remember. We weren't there that
16 long, we were there for a couple of months.
17 Q. When did you first move in?
18 A. I can't remember at the top of my head.
19 Q. Okay.
20 A. We were not there for long.
21 Q. So you -- a couple months, you said, right?
22 A. Yes.
23 Q. Okay. Who else lived there besides you and
24 Heriberto?
25 A. Just me and him.    0:22:58

Page 22

1  Q. Did any of his friends ever stay the night
2  over at the apartment?
3  A. No.
4  Q. And prior to moving to this 39th Place
5  address, where were you living?
6  A. We were living at his sister's house.
7  Q. And how long were you there?
8  A. Living at his sister's house?
9  Q. Correct.
10 A. I believe, like, a year and a couple months.
11 Q. And why did you decide to leave?
12 A. Well we -- we always wanted to move to an
13 apartment.
14 Q. But it -- it wasn't that you were kicked out
15 of that house?
16 A. No, I was never kicked out of that house.    0:23:52
17 Q. Whose name was on the lease for the apartment
18 at 39th Place?
19 A. We never made a lease, it was just by a
20 private landlord.
21 Q. And who paid the -- the bills, the
22 electricity, heat, water?
23 A. The -- well that was under my name.
24 Q. And when you say it's under your name, did
25 Heriberto pay any --

Page 23

1  A. No, yeah.
2  Q. -- of these bills?
3  A. He would help me pay the bills.
4  Q. Okay. So did you guys split it, or did he
5  cover the --
6  A. We would split it.
7  Q. Did you all also split the rent?
8  A. Yes, sometimes he would pay it.
9  Q. Why were the bills under your name?    0:24:46
10 A. I -- I wanted a -- I decided to put them
11 under my name.
12 Q. So you decided on your own, or did you guys
13 have a conversation?
14 A. We -- no, we had a conversation about it, but
15 I told him that it'd be -- it'd be nice for me to put
16 them under my name.
17 Q. When did you move from this apartment, was it
18 that night?
19     MR. TURKCAN: Object to form.
20 A. The night before.
21 Q. Yeah, let me clarify. So that night when you
22 came home, which I believe was July 19th, 2015, did you
23 move out that night?
24     MR. TURKCAN: I'm going to object to the
25 extent that it mischaracterizes the witness's

Page 24

1  testimony.
2  A. I'm sorry, I had moved out on the Friday --
3  on Friday -- I moved Friday.
4  Q. Okay. So you moved out Friday when?    0:25:59
5  A. Friday, the night before he passed away,
6  because he passed away on Saturday, like, at 3:00,
7  right? Like, at 3:00 or 4:00.
8  Q. Do you remember what day it was that you
9  moved out, the actual date?
10 A. No, I don't.
11 Q. But you definitely moved out the night before
12 he passed away?
13 A. Yes.
14 Q. Do you -- did you know any of your neighbors
15 in that apartment building?
16 A. Just the landlord.
17 Q. And what was the landlord's name?
18 A. I believe Amy.
19 Q. Do you know her last name? Or his last name?
20 A. I don't know.
21 Q. Did you know an Angelica Chacon?
22 A. Yeah, it was her daughter.
23 Q. Amy's daughter?
24 A. Yes.
25 Q. Did you know a Veronica Lopez?

Page 33

1 back home until, like, in the afternoons like at 4:00,
2 5:00, he'll be back.
3   Q.  So it was pretty typical for him to come back
4 at around 4:00 or 5:00 p.m.?
5   A.  He didn't really have a set time schedule, so
6 it was just around the time.
7   Q.  Did he go to the auction on weekends, or was
8 it mostly during weekdays?
9   A.  Mostly during the week.                0:39:22
10  Q.  So since you say he mostly did this during
11 the week, what did he typically do on weekends?
12  A.  We would spend the time with each other the
13 weekends.
14  Q.  And would that be in the house, or would you
15 go places?
16  A.  We -- we were always home most of the time,
17 or we would go out to eat, or he would take me out,
18 like, to nice places, or we would come to downtown and
19 stay away from Chicago -- from, like, the streets over
20 there.
21  Q.  What do you mean by "stay away from the
22 streets"?
23  A.  Like, by his neighborhood that he lived at --
24 we -- that we lived in.
25  Q.  And why did you stay away from the streets?   0:40:13

Page 34

1   A.  I -- because it was more peaceful over here
2 in downtown in the nighttime than it was over there.
3   Q.  How would you describe his neighborhood?
4   A.  Well usually in the summer, there is always,
5 like, a bunch of people everywhere outside and --
6 drinking or just, like, always -- like people would
7 always get in fights and stuff.
8   Q.  Did -- how often would you say Heriberto hung
9 out with his friends?
10  A.  Not often.                              0:40:59
11  Q.  So how many times a week, if you had to
12 guess?
13  A.  Maybe, like, once a week, maybe, like, twice
14 a month.
15  Q.  And if you know, what did he typically do
16 with his friends those times he hung out?
17  A.  Excuse me.  I wouldn't know, like, to be
18 honest.  I wouldn't be so sure.
19  Q.  How did you find out that Heriberto passed
20 away?
21  A.  They contacted me -- they contacted me
22 through Facebook --
23  Q.  Who is that?
24  A.  -- Messenger.  His sisters.
25  Q.  Janet and Crystal both contacted you through

Page 35

1 Facebook?
2   A.  Yes.                                    0:42:06
3   Q.  And what did they say?
4   A.  They had told me that he had passed away.
5   Q.  When did they message you on Facebook?
6   A.  Saturday morning.
7   Q.  Do you remember around what time it was?
8   A.  I had just got to work.  I -- I had started
9 at 9:00 in the morning, I believe, so I look -- I
10 looked online, like, at 9:00 something after I clocked
11 in.
12  Q.  That day when you got home from work, and I
13 -- and I know you said that you and Heriberto got into
14 an argument and you threatened to leave, did he accuse
15 you of cheating on him?
16  A.  He did.  He was always accusing me of
17 cheating on him, he always had insecurities.
18  Q.  Did you break up with him that day?
19  A.  I did.                                  0:43:27
20  Q.  So you two were not boyfriend and girlfriend
21 when you were leave -- threatened to leave the house?
22  A.  Yeah.
23  Q.  Was it you who called it off or broke up with
24 him, or did he break up with you?
25  A.  No, I did.

Page 36

1   Q.  Okay.  Do you remember what you said to him?
2   A.  I don't remember.
3   Q.  At that time, were you aware if -- how -- if
4 Heriberto had been drinking for four days or three
5 days?
6     MR. TURKCAN:  Object to form.
7   A.  I'm not sure, but I do know he was drinking
8 the day before.
9   Q.  You just don't -- you don't know if he was
10 drinking the day before that?
11    MR. TURKCAN:  Object to form.
12  A.  I don't recall.
13  Q.  When he had accused you of cheating on him,
14 were you, in fact, cheating on him at the time?
15  A.  I was not.                              0:44:34
16  Q.  Now during your relationship, Heriberto did
17 drink alcohol in front of you, right?
18  A.  Yeah, we -- we would both drink, and go out,
19 and have a good time together.
20  Q.  What did typically drink?
21  A.  Well he -- he didn't have, like, a specific
22 drink that he would drink, he would just -- he could
23 drink beer, liquor, pretty much both.
24  Q.  Do you know what brand of beer he usually
25 drank?

Page 37

1  A. He would drink Modelos.
2  Q. Did he ever drink Budweiser or Bud Light?
3  A. Yeah, he did.
4  Q. That day before he passed when you came home,
5  did you know if he had smoked any weed?
6  A. I -- I'm not sure.                0:45:44
7  Q. And he didn't do any cocaine in front of you
8  that night, right?
9  A. No.
10 Q. Prior to that evening, was he having any
11 trouble sleeping?
12 A. Yeah, he didn't -- he didn't sleep.
13 Q. What do you mean, "he didn't sleep"? At all?
14 A. He -- he didn't sleep.
15 Q. So that -- that night before that evening, he
16 did not go to bed?
17     MR. TURKCAN: Object to form.
18 A. No.
19 Q. Do you remember the last night that he went
20 to sleep prior to him passing away?
21     MR. TURKCAN: Object to form.
22 A. I can't remember.
23 Q. Had it been a few days?
24 A. No.
25     MR. TURKCAN: Object to form.

Page 38

1  Q. Two days?
2      MR. TURKCAN: Object to form.       0:46:44
3  A. No, I don't think it was more than a day, I
4  -- but I'm not sure.
5  Q. Did he tell you why he had trouble going to
6  sleep?
7  A. No, he didn't tell me why.
8  Q. Was he acting unusual that night?
9      MR. TURKCAN: Object to form.
10 A. I don't recall.
11 Q. Did he look tired to you?
12     MR. TURKCAN: Object to form.
13 A. Yeah.                              0:47:48
14 Q. And how did he look tired?
15 A. I could tell when he's tired.
16 Q. Was his eyes bloodshot?
17     MR. TURKCAN: Object to form.
18 A. I don't -- I don't recall.
19 Q. Do you want to take a break?
20 A. Please.
21     MS. ADEEYO: Sure. Go off.
22     RECORDER: Off the record, 10:35 a.m.
23        (Off the record)
24     RECORDER: Back on the record, 10:41 a.m.
25 Q. So Erika, you mentioned that you and

Page 39

1  Heriberto met through mutual friends, who were the
2  mutual friends?
3  A. I believe his -- one of his friends, Dominic
4  (phonetic).
5  Q. Do you know Dominic's last name?
6  A. Velasquez, I believe.
7  Q. I know you said you met Heriberto in November
8  of 2012 or 2013, right?
9  A. 2012.                              0:48:58
10 Q. In 2012?
11 A. I think so. I -- I can't remember if it was
12 twenty -- 2012 or 2013.
13 Q. So when he passed away in July of 2015, how
14 -- about how long were you together?
15 A. Like, two years or -- yeah, so it must have
16 been '13 -- 2013.
17 Q. When you dropped out of high school, was it
18 for any disciplinary reasons?
19 A. No, just I was -- I was independent at the
20 time, so I needed to work instead of school. I didn't
21 have time to go to school, so.
22 Q. You had to get a job?
23 A. Yeah.
24 Q. You mentioned the one time you were arrested,
25 it was because you were driving on a suspended license?

Page 40

1  A. Yes.                               0:49:51
2  Q. Why was your license suspended?
3  A. For no insurance.
4  Q. And we -- we talked about this incident after
5  Heriberto's funeral when Janet and some of the members
6  of the Godinez family came to your apartment at 39th
7  Place, remember we talked about that a moment ago,
8  what's your relationship like with the family now?
9  A. We don't talk right now.
10 Q. Do you believe that Janet Godinez is still
11 mad or upset at you?
12     MR. TURKCAN: Object to form. Foundation.
13 Calls for speculation.
14 Q. Go ahead.
15 A. I'm not sure.
16 Q. When you first met Heriberto, was he in a
17 gang?
18     MR. TURKCAN: Object to form and foundation.  0:50:50
19 A. He was -- he wasn't involved that -- I mean,
20 he wasn't really involved with them.
21 Q. When you say, "With them," who are you
22 referring to?
23 A. With his gang friends, he wasn't really onto
24 all that stuff anymore.
25 Q. In the beginning of your relationship, was he

Exhibit 5, LLC

Page 57

1  work on the morning of Monday, July 20th, 2015, that's
2  when you learned that Heriberto had died?
3     A. Yes.
4     Q. Okay. So the last time you saw Heriberto was
5  at some point on Sunday, July 19th, correct?
6     A. Yes.
7     Q. Okay. And -- all right. So let's -- let's
8  talk about that on the 19th, I think you testified that
9  the last time you saw Heriberto was at your guys'
10 apartment on 39th Place, right?
11    A. Yes.
12    Q. And what time was that approximately?
13    A. It was, like, in the morning, like at 10:00
14 in the morning.
15    Q. Okay. 10:00 in the morning on Sunday the
16 19th. Were you coming from anywhere, did you -- were
17 you coming home from anywhere, or did you guys just
18 wake up together?
19    A. No, I woke up that morning.               1:11:45
20    Q. Okay. And when you woke up on the morning of
21 Sunday the 19th, where was Heriberto?
22    A. He was in the room -- he was sitting in the
23 room.
24    Q. In the -- in the living room?
25    A. In the same room of where we were -- where we

Page 58

1  sleep in.
2     Q. Okay. And what happened when you woke up on
3  the morning of the 19th?
4     A. I just know that I was upset because he had
5  ripped our pictures, so I was upset with him because he
6  had ripped all of our pictures.
7     Q. Okay. Do you know why he did that?
8     A. I don't remember why, I just know that we had
9  gotten in an argument before -- the night before.
10    Q. Okay. So you got in an argument with
11 Heriberto on --
12    A. We were -- we had already started the
13 argument since the day before, so.
14    Q. Okay. So the argument kind of started on
15 Saturday the 18th --
16    A. Yes.
17    Q. -- is that right? Okay. And then you guys
18 went to bed on Saturday night, correct?
19    A. Yes.                                      1:12:48
20       MS. SHOFFNER: Objection as to form.
21 Misstates prior testimony.
22    Q. Okay. Is that -- is that correct or
23 incorrect?
24    A. Yes.
25    Q. Okay. So whatever -- well let me ask you

Page 59

1  this, this argument that started that was essentially
2  the last argument that you had with Heriberto, what was
3  it about?
4     A. He -- I don't remember all of it, but I just
5  remember that he was accusing me of cheating on him.
6     Q. Okay. So that argument started on Saturday
7  the 18th, did you and Heriberto sleep in the same place
8  on Saturday night?
9     A. He didn't sleep that night, but we -- we
10 stayed together that same night, yes.
11    Q. Okay. You were in the same apartment?
12    A. Yes.
13    Q. Okay. And when you say Heriberto didn't
14 sleep, can you explain that?
15    A. He was up watching movies, and he was on the
16 computer --
17    Q. Okay.
18    A. -- most of the time.
19    Q. So the night of -- so Saturday -- Saturday
20 the 18th going into Sunday the 19th, he -- Heriberto
21 was with you, correct?
22    A. Yes.                                      1:14:00
23    Q. Was -- did he have anything to drink, any
24 alcohol?
25    A. I don't remember.

Page 60

1     Q. Okay.
2     A. I just know he was already drunk when I got
3  there.
4     Q. Well okay, so I guess that's -- that's kind
5  of what I'm trying to understand. When you say that --
6  that Heriberto was already drunk when you got there,
7  what day are we talking about?
8     A. That Saturday that I got off work.
9     Q. Okay. So lawyers like to understand what the
10 timeline is, and that's just what I'm trying to do.
11    A. Right.
12    Q. So Saturday, July 18th, you worked that day,
13 correct?
14    A. Yes.
15    Q. Because dealerships are open on Saturdays
16 obviously, right?
17    A. Yes.
18    Q. Okay. So what time did you get off work on
19 Saturday the 18th?
20    A. What time did I get off work?
21    Q. Yes.
22    A. I got off at 6:00 that day.
23    Q. 6:00 p.m.?
24    A. Yes.
25    Q. Okay. So you got off work Saturday the 18th

Page 61

1  at 6:00 p.m., and then you went home to 39th Place,
2  right?
3     A.  Yes.                          1:15:02
4     Q.  Okay.  And when you got home on Saturday
5  evening, you could tell that Heriberto had been
6  drinking, correct?
7     A.  Yes.
8     Q.  Okay.  And that's when this argument started
9  where he accused you of cheating, correct?
10    A.  Yes.
11    Q.  Okay.  So then Saturday night, you go to bed,
12 and he stays up watching TV and on the computer,
13 correct?
14    A.  Yes.
15    Q.  Okay.  Then Sunday morning, you wake up and
16 -- actually, sorry, before we get to that, let me ask
17 this, at any point on Saturday, July 18th, did you see
18 Heriberto use any cocaine?
19    A.  I didn't see -- I didn't see him do it, no.
20    Q.  Okay.  So you wake up on July the 19th, which
21 is Sunday, and Heriberto was there, correct?
22    A.  Yes.
23    Q.  And he had ripped up your pictures, correct?
24    A.  Yes.                          1:15:48
25    Q.  And did the argument kind of continue through

Page 62

1  Sunday?
2     A.  Yes, yes, because I was upset that he had
3  ripped our pictures.
4     Q.  Okay.  And what time did you leave the
5  apartment on Sunday?
6     A.  I want to say, like, by 12:00 p.m.
7     Q.  Okay.  So you were with -- well then --
8     A.  No, he left the house, like, at 11:00, and I
9  packed all my stuff within that time, and I left, like,
10 at 12:00 p.m.
11    Q.  Okay.  So on Sunday the 19th of July,
12 Heriberto left the apartment at about 11:00 a.m.,
13 correct?
14    A.  Yes.
15    Q.  And then over the next hour, you packed your
16 stuff, and you left at about 12:00 on Sunday, correct?
17    A.  Yes.
18    Q.  All right.  And when Heriberto left the
19 apartment at 11:00 a.m. on Sunday, was that the last
20 time that you saw him alive?
21    A.  Yes.                          1:16:44
22    Q.  Okay.  On the morning of Sunday the 19th,
23 before Heriberto left the apartment, did you see him
24 drink any alcohol?
25    A.  On Sunday, I believe he was drinking.

Page 63

1     Q.  Okay.  On Sunday morning?
2     A.  Yes.
3     Q.  What was he drinking?
4     A.  Modelos.
5     Q.  Okay.  How many Modelos?
6     A.  I'm not sure.
7     Q.  I mean, was -- was he drinking in front of
8  you?
9     A.  He -- he -- he had stopped at the house when
10 I was still packing, but he didn't come back upstairs,
11 he was just downstairs in the car, and then he left.
12    Q.  Okay.
13    A.  But he had -- he had a sunroof on his truck,
14 so I could see the inside of it from upstairs, so I had
15 seen that he was drinking.
16    Q.  Okay.  I just want to back up, and right now,
17 I -- I'm only asking about basically when you wake up
18 on Sunday morning and the time that he leaves at 11:00
19 a.m. on Sunday morning, did you see Heriberto drinking
20 any alcohol during that time?
21    A.  When I was in the apartment, no.    1:17:58
22    Q.  Okay.  And between when you woke up in the
23 morning on Sunday and when Heriberto left the apartment
24 at 11:00 a.m. on Sunday, did you see him use any
25 cocaine?

Page 64

1     A.  No.
2     Q.  Okay.  All right.  So you said that you were
3  packing your stuff between about 11:00 a.m. and about
4  noon on Sunday the 19th, correct?
5     A.  Yes.
6     Q.  And at some point, Heriberto, you said, came
7  -- kind of drove back to the apartment --
8     A.  Yes.
9     Q.  -- correct?
10    A.  I -- I'm not sure why, I think it was -- I
11 think he wanted to see if I was still there.  I'm not
12 so sure why, but I think that's why.
13    Q.  What time did Heriberto come back to the
14 apartment?
15    A.  I can't remember the time exactly.  I'm --
16 like, I'm not good with times.
17    Q.  That's okay.  Well I -- I mean, I think you
18 said you had left by noon, right?
19    A.  Yeah.                         1:18:55
20    Q.  So do you think it was sometime between 11:00
21 and noon maybe?
22    A.  I believe so.
23    Q.  Okay.  Once -- once you left the apartment at
24 noon, did you ever go back that day, Sunday the 19th?
25    A.  No, after I left my house, no.

Page 65

1    Q.  Okay.
2    A.  I didn't go back.
3    Q.  Where -- when you left the apartment, where
4  did you go?
5    A.  I went to my mom's house.
6    Q.  And where -- where was your mom's house at
7  the time?
8    A.  She lives by 79th and Pulaski.
9    Q.  Okay.  So at some point on Sunday the 19th
10 when you were packing, Heriberto came back, and he was
11 -- he was driving his car, correct?
12   A.  He -- he wasn't driving his car, he -- he had
13 somebody drive his car for him.
14   Q.  Who -- whose car was he drive -- or I'm
15 sorry, strike that.  Who was driving his car?
16   A.  One of his friends, I think that Jeronimo
17 guy.
18   Q.  Okay.                          1:19:41
19   A.  I believe so.
20   Q.  What kind of car did Heriberto have?
21   A.  He had a -- I know the car, but I can't say
22 it at the top of my head right now.  He had a -- I
23 cannot remember the name of the truck right now.
24   Q.  That's okay.  Is -- fair to say it was an S
25 -- SUV of some kind?

Page 66

1    A.  It was an SUV, yes.
2    Q.  Okay.  Do you know what color it was?
3    A.  Red.
4    Q.  Red SUV.  So when Heriberto and Jeronimo
5  pulled up in Heriberto's car, where was Heriberto
6  sitting, was he in the driver's, passenger's seat, or
7  the back seat?
8    A.  Driver's passenger's seat.
9    Q.  Or sorry, I should say front passenger's
10 seat?
11   A.  Front passenger's seat.
12   Q.  And Jeronimo's driving, right?
13   A.  Yeah.
14   Q.  Okay.  What happened when they pulled up?
15   A.  They stood there for a little bit and they
16 left.
17   Q.  Okay.  Were you outside at the time?
18   A.  No.
19   Q.  You were inside?
20   A.  I was upstairs, yes.
21   Q.  Okay.  Did you and Heriberto live on the
22 second floor?
23   A.  Second floor.
24   Q.  Okay.  So you could see them through the
25 window?

Page 67

1    A.  Yes.                           1:20:50
2    Q.  All right.  How long were Jeronimo and
3  Heriberto outside in his car?
4    A.  I don't even think they were that long, like
5  maybe, like, a minute.
6    Q.  Okay.  Did you talk to them at all?
7    A.  No.
8    Q.  Okay.  What did they do when they were there
9  for a minute?
10   A.  I know they were sitting there drinking, but
11 -- and then they took off.
12   Q.  Okay.  You could see through the second floor
13 window that they were drinking?
14   A.  Yes.
15   Q.  Both Jeronimo and Heriberto or just one of
16 them?
17   A.  There -- there was actually a couple people
18 in there, I don't remember who was all in there, but I
19 know there was, like, two other people in there with
20 him.
21   Q.  Okay.
22   A.  And they were all drinking in there.
23   Q.  There were -- you could see two other people
24 drinking in the back seat?
25   A.  Yes.

Page 68

1    Q.  Okay.  What were they drinking?
2    A.  They were all drinking beer, Modelos.
3    Q.  You could tell that it was Modelos?
4    A.  Yes.
5    Q.  Bottles or cans?
6    A.  Cans.
7    Q.  Okay.  And you could see Heriberto drinking?
8    A.  Yes.
9    Q.  Do you have any idea -- you -- you only saw
10 them for a minute, correct?
11   A.  Yes.                           1:21:53
12   Q.  How many sips of beer did you see Heriberto
13 take?
14   A.  I don't remember.
15   Q.  Okay.  Did you see anybody throw any cans out
16 of the car?
17   A.  No.
18   Q.  All right.  All right.  So you said they were
19 there for a minute, could you hear anything anybody was
20 saying?
21   A.  No.
22   Q.  When Heriberto and his friends were in front
23 of the house, they -- they were on 39th, right?
24   A.  Yes.
25   Q.  39th Place, I should say.  Did you see

Page 73

1  what happened to Heriberto when you were at his mom's
2  house?
3      MS. ADEEYO:  Objection --
4   A.  I -- no.
5      MS. ADEEYO:  -- form.
6      MR. DIXON:  Join.
7   Q.  Okay.  And then did you have any conversation
8  with his family when you were at his mom's house on the
9  20th?
10  A.  Not really.
11  Q.  Okay.  And then did you leave and go to your
12 mom's house?
13  A.  No, I went to the apartment.
14  Q.  Oh, I'm sorry, okay.  What time did you get
15 to the 39th Place apartment on July 20th?
16  A.  I don't recall the time.                1:27:55
17  Q.  What did you do when you got there?
18  A.  I think I went to go lay down on the bed.
19  Q.  Okay.  Did you stay there at the 39th Place
20 apartment the night of Sunday the 20th?
21  A.  Yes.
22  Q.  You went to Heriberto's funeral, correct?
23  A.  Yes.
24  Q.  And do you know when the funeral was?
25  A.  I don't recall the exact day.  I can't

Page 74

1  remember the exact -- day.
2   Q.  That's okay.  Fair to say it was a few days
3  after he passed away?
4   A.  Yes.                                    1:28:55
5   Q.  Okay.  And then I think you testified that at
6  -- was it immediately after the funeral that both you
7  and Heriberto's family were at the 39th Place apartment
8  and they were taking some furniture away?
9   A.  Yes.
10  Q.  Okay.  So same day as the funeral, correct?
11  A.  No, no, not --
12  Q.  Oh.
13  A.  -- the same day as the funeral, it was, like,
14 the next day of the funeral, I believe.
15  Q.  Okay.  Close in time to the funeral in any
16 event?
17  A.  Yes.
18  Q.  Fair to say it --
19  A.  I'm sorry, you know what, it was after they
20 -- they had buried him, I believe.
21  Q.  Okay.  After the burial?
22  A.  Yeah.
23  Q.  Same day as the burial or next day?
24  A.  I -- I'm not so sure.  I can't remember.
25      MS. SHOFFNER:  Sorry.

Page 75

1   Q.  Okay.  When -- when everybody was at the 39th
2  Place apartment after the burial, fair to say people
3  were still pretty emotional?
4   A.  Yes.
5   Q.  Okay.  And that's, I think, when you said
6  that you had an argument with Janet, correct?
7   A.  Yes.                                    1:30:03
8   Q.  And do you remember exactly what she said to
9  you?
10  A.  Not exactly word by word, no, I don't
11 remember.
12  Q.  Okay.  But it was something -- accord -- your
13 testimony was that it was something that she thought it
14 -- that -- that you were at fault somehow, correct?
15  A.  Yes.
16  Q.  Okay.  I just -- I apologize if I asked you
17 this before, on Saturday the 18th when you came home
18 from work and -- and you said that Heriberto had seemed
19 to you that he had been drinking, did you actually see
20 him drinking?
21      MS. ADEEYO:  Objection.  Asked and answered.
22  A.  On Saturday when I got off work, I don't
23 remember if I -- if I seen him.  I don't remember.
24  Q.  Okay.  When you got off work on Saturday the
25 18th and came home, what -- why did you think that he

Page 76

1  had been drinking, what made you think that?
2   A.  I can tell when he's drunk.              1:31:21
3   Q.  Okay.  I mean, were there empty cans or
4  bottles around, or just kind of his behavior made you
5  think he was drunk?
6   A.  There were -- there was empty cans.
7   Q.  Of beer?
8   A.  Yes.
9   Q.  Do you remember how many?
10  A.  No.
11  Q.  Okay.  What about his behavior on Saturday
12 the 18th made you think that he was drunk?
13  A.  He was, like, slurping -- slurping words, he
14 was -- I could tell he was, like, drunk because he was
15 using the bathroom a lot.
16  Q.  Okay.  All right.  So I'm going to kind of
17 jump back ahead now, after this -- this argument that
18 you had with Janet after the burial at 39th Place, did
19 you ever talk to her again?
20  A.  No.                                      1:32:21
21  Q.  Did you ever talk to any of Heriberto's
22 family members after that argument at 39th Place?
23  A.  No.
24  Q.  Okay.  Have you ever -- strike that.  Okay.
25 Have you ever seen any videos of Heriberto interacting

Page 93

1   Q. Okay. What type of dog?
2   A. A pitbull, a blue nose.
3   Q. You mentioned a moment ago that on July 18th,
4   that Saturday, you and -- you went to bed that night,
5   correct?
6   A. Yes.
7   Q. Did Heriberto go to sleep that night?
8   A. No.
9   Q. When you broke up with him the next morning,
10  July 19th, on Sunday, why were you breaking up with
11  him?
12  A. We had already started the argument the day
13  before, so I woke up that morning and he had ripped up
14  all our pictures, so that got me more mad.
15  Q. Were you breaking -- was one of the reasons
16  why you were breaking up with him was because of his
17  drinking?
18      MR. TURKCAN: Object to form.          1:52:19
19  A. Not necessarily because he was drinking.
20  Q. When you say, "Not necessarily," what do you
21  mean?
22  A. It wasn't because of that -- it wasn't
23  because he was drinking, it was because we had already
24  -- we were already arguing the day before.
25  Q. Were you upset that he was drunk that night?

Page 94

1   A. I -- yeah, I was upset, yes.
2   Q. Was this the first time that you got -- you
3   became upset and had an argument with him while he was
4   drinking?
5   A. No.                                    1:53:00
6   Q. How many times before have you guys had an
7   argument while he was drinking?
8   A. I mean people, when they are drunk, they say
9   stuff that they don't mean sometimes, so maybe, like,
10  two or three other times or maybe a couple times.
11  Q. So other than him ripping up the pictures and
12  the fact that you guys had an argument the night
13  before, was there any other reason why you were
14  breaking up with him?
15  A. All I -- and also because he was accusing me
16  of cheating on him.
17  Q. You mentioned the last time that you saw
18  Heriberto, he told you he loved you. Did you still
19  love him at that time?
20  A. Yes.                                   1:53:55
21  Q. Do you still love him now?
22  A. Yes.
23  Q. That day when you came to my office, that was
24  the first time we had met each other, correct?
25  A. Yes.

Page 95

1   Q. Okay. Was this the first -- here, I'm going
2   to turn your attention to what's been Bates stamped
3   City 27514, you've taken a look at that?
4   A. Yes.
5   Q. Okay. Was this the first time I had texted
6   you?
7   A. Yes.
8   Q. When you came to my office and another
9   gentleman was present when we talked, did we discuss
10  with you other dates for your deposition?
11  A. Yes.
12  Q. Okay. And at that time, did we set another
13  date for your deposition?
14  A. Yes, I believe it was, like, the 19th or
15  something like that.
16  Q. That's all --
17  A. I think --
18  Q. Yeah.
19  A. -- it was.
20              EXAMINATION
21  BY MR. TURKCAN:
22  Q. Just really -- really quick, and then -- and
23  then we'll be finished, I think, Ms. Armas. You said
24  that when you -- you went to court on April 2nd and it
25  became apparent to you that you had missed the case

Page 96

1   being called, you called Ms. Adeeyo, correct?
2   A. Yes.                                   1:55:07
3   Q. How did you have her phone number?
4   A. On the papers, they have the number.
5   Q. Okay. They had sent you a letter of some
6   kind?
7   A. No, no, no, on the -- on these papers, I
8   believe, it had the number at the bottom.
9   Q. Okay. There were some court papers that you
10  had with Ms. Adeeyo's number, correct?
11  A. Yes.
12  Q. And you called her on your cell phone,
13  correct?
14  A. Yes.
15  Q. And that's when she said, "Please come to our
16  office"?
17  A. Yes.
18      MR. TURKCAN: Understood. Nothing further.
19      MS. SHOFFNER: Nothing --
20      MS. ADEEYO: Okay --
21      MS. SHOFFNER: -- thank you so much.
22      MS. ADEEYO: Thank you so much.
23      MR. TURKCAN: Okay.
24      RECORDER: And signature, does anyone --
25      MS. ADEEYO: Oh, so you have the option to