**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JANET GODINEZ, on behalf of herself and as administrator to the estate of her brother, HERIBERTO GODINEZ, Deceased, </br></br>　　　　　　　　　　　Plaintiff, </br></br>　v. </br></br>The CITY OF CHICAGO, et al. </br></br>　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)　No. 16 C 07344<br>)<br>)　Judge Rebecca R. Pallmeyer<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CITY OF CHICAGO'S LOCAL RULE
56.1(a)(3) STATEMENT OF UNDISPUTED FACTS**

# EXHIBIT 49

# COPA Summary Report Dated October 24, 2017

# (FILED UNDER SEAL)