IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JANET GODINEZ, on behalf of herself and as administrator of the estate of her brother, HERIBERTO GODINEZ, Deceased, | | |
| Plaintiff, | | No. 16 CV 07344 |
| v. | | Judge Rebecca R. Pallmeyer |
| The CITY OF CHICAGO, Illinois, a municipal Corporation, et al., | | |
| Defendants. | | |

**EXHIBIT LIST TO DEFENDANT OFFICERS'
LOCAL RULE 56.1(a)(3) STATEMENT OF UNDISPUTED FACTS**

| | |
|---|---|
| Exhibit 1 | Deposition of Officer Keith Lindskog |
| Exhibit 2 | Deposition of Officer James McAndrew |
| Exhibit 3 | Deposition of Officer Rodrigo Corona |
| Exhibit 4 | Deposition of Officer Todd Johnson |
| Exhibit 5 | Deposition of Officer Brian Madsen |
| Exhibit 6 | Deposition of Officer Gerald Nowakowski |
| Exhibit 7 | Deposition of Officer Gerardo Calderon |
| Exhibit 8 | Deposition of Officer Robert Przybylowski |
| Exhibit 9 | Dashcam Video |
| Exhibit 10 | Deposition of Officer Manuel Arroyo |
| Exhibit 11 | Screenshot of Video |
| Exhibit 12 | Report of J. Scott Denton, M.D. |
| Exhibit 13 | Deposition of Lt. Don Jerome |
| Exhibit 14 | Deposition of Officer Steve Schmid |
| Exhibit 15 | Deposition of Michael Baden, M.D. |
| Exhibit 16 | Deposition of Officer Mark Zdeb |
| Exhibit 17 | Deposition of Officer Leanthony Brown |
| Exhibit 18 | CFD Run Sheet |
| Exhibit 19 | Deposition of Paramedic Jason Powell |
| Exhibit 20 | Deposition of Officer Samson Dadi |
| Exhibit 21 | Deposition of Sgt. Michael Corlett |
| Exhibit 22 | Declaration of Officer Salome Exclusa |
| Exhibit 23 | Declaration of Officer Timothy McCollom |
| Exhibit 24 | Declaration of Officer Kari Pfeifer |
| Exhibit 25 | Declaration of Officer Silvia Remigio |
| Exhibit 26 | Declaration of Officer Donald Oksanen |
| Exhibit 27 | Cook County Medical Examiner Report of Post-Mortem Examination |
| Exhibit 28 | Deposition of Dr. Latanja Watkins |
| Exhibit 29 | Deposition of J. Scott Denton, M.D. |
| Exhibit 30 | Deposition of Dr. Jan Leestma |

Larry S. Kowalczyk
Megan K. Monaghan
Matthew P. Dixon
QUERREY & HARROW, LTD.
Attorneys for Defendant Officers
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
(312) 540-7000