**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JANET GODINEZ, on behalf of herself and as administrator of the estate of her brother, HERIBERTO GODINEZ, Deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) 16 CV 7344<br>) |
| The CITY OF CHICAGO, et al., | ) Judge PALLMEYER<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S LOCAL RULE 56.1(a)(3) STATEMENT OF UNCONTESTED FACTS**

*Exhibit U:* Ramirez IPRA Statement Summary

INDEPENDENT POLICE REVIEW AUTHORITY        22 July 2015
                                           Log # 1076214

To:       Chief Administrator
          Independent Police Review Authority

From:     Inv. Oscar Nufio, #█

Subject:  TELEPHONE INTERVIEW WITH MAYELA RAMIREZ

On 22 July 2015, at approximately 1545 hours, the R/I received a call from Mayela Ramirez, 3857 S. Albany, 773-690-7777. During a canvass conducted on 21 July 2015, at approximately 1700 hours, the R/I left a business card on Ms. Ramirez's door.

Ms. Ramirez stated that she speaks very little English and would prefer to speak to the R/I in Spanish. Ms. Ramirez related that she was at home at approximately 0150 hours, when she heard a man's voice shouting outside. Ms. Ramirez stated that the shouting sounded like it was coming from the garage area. Ms. Ramirez heard a man shouting repeatedly "Ah, Ah!" A moment later, a police car arrived at the alley and Ms. Ramirez observed a white female officer and a male officer approach her garage. Ms. Ramirez believed that the man was possibly breaking into her garage. Ms. Ramirez then observed a police van or a squadrol also arrive and park on Pershing Rd. along side her house.

Ms. Ramirez's house is on the corner of Pershing and Albany. Ms. Ramirez then observed several more officers rush to the alley. The officers then came out of the alley with the man. The officers took the man to the back of the van or squadrol and carried him into it. The unknown man shouted, "Ah, Ah!" and, "I can't breathe!" the whole time like a "Maniac," who appeared to be screaming to "Wake up the entire neighborhood." The man was carried into the van or squadrol, and continued to shout, "I can't breathe!" One of the officers told the man, "Shut the fuck up." The officers put the man in the back of the van or squadrol. The man continued shouting. Ms. Ramirez was unable to provide a description of the man or how he was carried into the police car because there is a tree on Pershing that was obstructing her view. Ms. Ramirez stated that she was viewing the incident from her window, which was approximately 20 feet away from the officers and the man. Ms. Ramirez left her kitchen window because she believed the man was in custody and her garage and property were now safe. Ms. Ramirez went to the living room to sit down on her couch and watch television. Approximately 20 minutes later, Ms. Ramirez observed a white male uniformed officer placing yellow tape by the front gate of her house. Ms. Ramirez walked outside and asked if her garage was ok and the officer told her that it was ok. Ms. Ramirez then observed an ambulance arrive on the scene. Ms. Ramirez went to sleep and woke up at approximately 10am. A detective questioned Ms. Ramirez about the incident and what she observed. Ms. Ramirez told the officer the same account she told the R/I.

LOG# 1076214
Attachment 45

CITY 000217

INDEPENDENT POLICE REVIEW AUTHORITY  Log# 1076214
MS. RAMIREZ  Page 2

    Ms. Ramirez declined to give a recorded statement to IPRA because she did not want to get involved with this investigation. The R/I informed Ms. Ramirez that her full cooperation is vital to this investigation and that IPRA is an unbiased, impartial agency that investigates incidents such as this. But Ms. Ramirez was adamant about not providing a recorded statement or signing any documents.

Inv. Oscar Nufio, #

APPROVED:

IPRA Supervisor