# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Janet Godinez

                    Plaintiff,

v.                                         Case No.: 1:16−cv−07344
                                                  Honorable Rebecca R. Pallmeyer

City Of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Plaintiff's motion to bar Defendants' experts and for sanctions [309] is taken under advisement. Defendants' response shall be filed by 8/2/19. Plaintiff';s reply shall be filed by 8/30/19. Pretrial conference set for 9/17/19 at 2:00 p.m. Plaintiff's motion for leave to file oversized brief [311] is granted. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.