IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JANET GODINEZ, on behalf of herself and as administrator of the estate of her brother, HERIBERTO GODINEZ, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) The CITY OF CHICAGO, et al., ) ) Defendants. ) | 16 CV 7344 Judge PALLMEYER Magistrate Judge CUMMINGS |

**EXHIBIT LIST TO PLAINTIFF'S RESPONSE TO DEFENDANT
OFFICERS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS**

| Exhibit A | Jerome Deposition Transcript |
|---|---|
| Exhibit B | 911 Call Audio |
| Exhibit C | Garcia IPRA Statement |
| Exhibit D | Garcia Deposition Video |
| Exhibit E | Evidence Technician Photographs |
| Exhibit F | Cruz Deposition Transcript |
| Exhibit G | Lindskog Deposition Transcript |
| Exhibit H | Lightened In Car Camera Video |
| Exhibit I | Screenshot from ICC Video |
| Exhibit J | Corona Deposition Transcript |
| Exhibit K | McAndrew Deposition Transcript |
| Exhibit L | Calderon Deposition Transcript |
| Exhibit M | OEMC Event Query No. 1520100718 |
| Exhibit N | Arroyo Deposition Transcript |
| Exhibit O | Johnson Deposition Transcript |
| Exhibit P | Zone 13 Radio Audio |
| Exhibit Q | Nowakowski Deposition Transcript |
| Exhibit R | Calderon IPRA Statement |
| Exhibit S | Brown IPRA Statement |
| Exhibit T | Leestma Expert Report |
| Exhibit U | Jerome IPRA Statement |
| Exhibit V | Brown Deposition Transcript |
| Exhibit W | Powell Deposition Transcript |
| Exhibit X | Leestma Deposition Transcript |
| Exhibit Y | Prisoner Van Photographs |

| | |
|---|---|
| Exhibit Z | Baden Expert Report |
| Exhibit AA | Baden Deposition Transcript |
| Exhibit BB | Watkins Deposition Transcript |
| Exhibit CC | Medical Examiner's Report |

Kathleen A. Hennessy
HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, Illinois 60604
312.726.3173