## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Janet Godinez
                    Plaintiff,

v.                                     Case No.: 1:16–cv–07344
                                               Honorable Mary M. Rowland

City Of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for extension of time to disclose rebuttal experts [387] is granted. Plaintiff's expert disclosures are due 10/16/19. No appearance necessary on 10/15/19. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.