# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Janet Godinez

        Plaintiff,

v.                 Case No.: 1:16−cv−07344
                Honorable Mary M. Rowland

City Of Chicago, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2019:

  MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' agreed stipulation to dismiss [417], this matter is dismissed without prejudice and with each party bearing its own cost and attorneys' fees. If no motion to reinstate is filed on or before 2/17/20, the dismissal will automatically convert to a dismissal with prejudice with no further action required by the Court or by the parties. Status hearing set for 12/19/19 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.