# EXHIBIT A

settlement agreement and release: provided to court in camera