# EXHIBIT C

# affidavits of equal dependency and distribution

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JANET GODINEZ, on behalf of herself and as administrator to the estate of her brother, HERIBERTO GODINEZ, Deceased, | ) | |
| Plaintiff, | ) | 16 CV 7344 |
| vs. | ) | Judge ROWLAND |
| The CITY OF CHICAGO, el al., | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF JANET GODINEZ OF EQUAL DEPENDENCY AND DISTRIBUTION OF SETTLEMENT FUNDS**

I, Janet Godinez., being duly sworn under oath, states the following:

1. I am of legal age and competency.

2. HERIBERTO GODINEZ Jr. was my brother.

3. HERIBERTO GODINEZ Jr., died leaving five heirs: Heriberto Godinez, Sr. (his father), Ofelia Godinez (his mother), Janet Godinez (his sister), Crystal Godinez (his sister), and Juan Godinez (his brother).

4. I am one of the heirs and beneficiaries of Heriberto Godinez's estate.

5. I was duly appointed the Independent Administrator of the Estate of Heriberto Godinez by the Probate Division of the Cook County Circuit Court and am the named plaintiff in the above captioned lawsuit relating to the death of by brother.

6. I was present during the settlement conference before Judge Cummings and was informed that an offer to settle was made in the amount of $1,200,000.00. After considering the risks and costs associated with trial I agree and believe that accepting this offer is in the best interest of the heirs and the estate.

7. I agree that the dependency of each heir to Heriberto Godinez are equal at 20% (or 1/5 share), and that the distribution of the proceeds after fees, costs, and liens are paid, should be divided equally between his five heirs.

8. I have reviewed the Plaintiff's Motion to Approve Settlement of Wrongful Death Cause of Action and to Approve Distribution of Funds.

9. I agree with the distribution of the settlement funds as set forth in the Motion relating to the attorney contingency fee distribution, reimbursement of the advanced costs to the attorneys, the repayment of the Oasis lien that I received to with the agreement of all heirs for the benefit of the heirs and estate, and the equal distribution to each of the five heirs.

10. I have signed this affidavit voluntarily and on my own free will.

11. All facts in this affidavit is based on my personal knowledge.

AFFAINT SAYETH NAUGHT

Janet Godinez

OFFICIAL SEAL
VIANEY BERNABE-ANAYA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES DEC. 14, 2023

Subscribed and sworn to before me on

This 30 day of December, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JANET GODINEZ, on behalf of herself and as administrator to the estate of her brother, HERIBERTO GODINEZ, Deceased, | ) | |
| Plaintiff, | ) | |
| | ) | 16 CV 7344 |
| vs. | ) | |
| | ) | Judge ROWLAND |
| The CITY OF CHICAGO, el al., | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF HERIBERO GODINEZ SR OF EQUAL DEPENDENCY AND DISTRIBUTION OF SETTLEMENT FUNDS**

I, Heriberto Godinez, Sr., being duly sworn under oath, states the following:

1. I am of legal age and competency.
2. HERIBERTO GODINEZ Jr. was my son.
3. HERIBERTO GODINEZ, Jr., died leaving five heirs: Heriberto Godinez, Sr. (his father), Ofelia Godinez (his mother), Janet Godinez (his sister), Crystal Godinez (his sister), and Juan Godinez (his brother).
4. I am one of the heirs and beneficiaries of Heriberto Godinez's estate.
5. Janet Godinez, the administrator of the Estate, along with counsel, has kept me informed about the case throughout its duration. I was made aware that an offer to settle this matter was made in the amount of $1,200,000.00 and agree that accepting this offer is in the best interest of the heirs.
6. I agree that the dependency of each heir to Heriberto Godinez are equal at 20% (or 1/5 share), and that the distribution of the proceeds after fees, costs, and liens are paid, should be divided equally between his five heirs.
7. I have reviewed the Plaintiff's Motion to Approve Settlement of Wrongful Death Cause of Action and to Approve Distribution of Funds.
8. I agree with the distribution of the settlement funds as set forth in the Motion relating to the attorney contingency fee distribution, reimbursement of the advanced costs to the attorneys, the repayment of the Oasis lien that I was at all times aware and approved to have been

received by Janet Godinez for the benefit of the heirs and the estate, and the equal distribution to each of the five heirs.

9. I have signed this affidavit voluntarily and on my own free will.

10. All facts in this affidavit is based on my personal knowledge.

AFFAINT SAYETH NAUGHT

[signature]

Heriberto Godinez Sr.

Subscribed and sworn to before me on

This 17th day of December, 2019

[signature]

"OFFICIAL SEAL"
ABIGAIL TAPIA
Notary Public, State of Illinois
My Commission Expires 12/10/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JANET GODINEZ, on behalf of herself and as administrator to the estate of her brother, HERIBERTO GODINEZ, Deceased, | ) | |
| Plaintiff, | ) | |
| | ) | 16 CV 7344 |
| vs. | ) | |
| | ) | Judge ROWLAND |
| The CITY OF CHICAGO, el al., | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF OFELIA GODINEZ OF EQUAL DEPENDENCY AND DISTRIBUTION OF SETTLEMENT FUNDS

I, Ofelia Godinez, being duly sworn under oath, states the following:

1. I am of legal age and competency.
2. HERIBERTO GODINEZ Jr. was my son.
3. HERIBERTO GODINEZ, Jr., died leaving five heirs: Heriberto Godinez, Sr. (his father), Ofelia Godinez (his mother), Janet Godinez (his sister), Crystal Godinez (his sister), and Juan Godinez (his brother).
4. I am one of the heirs and beneficiaries of Heriberto Godinez's estate.
5. Janet Godinez, the administrator of the Estate, along with counsel, has kept me informed about the case throughout its duration. I was made aware that an offer to settle this matter was made in the amount of $1,200,000.00 and agree that accepting this offer is in the best interest of the heirs.
6. I agree that the dependency of each heir to Heriberto Godinez are equal at 20% (or 1/5 share), and that the distribution of the proceeds after fees, costs, and liens are paid, should be divided equally between his five heirs.
7. I have reviewed the Plaintiff's Motion to Approve Settlement of Wrongful Death Cause of Action and to Approve Distribution of Funds.
8. I agree with the distribution of the settlement funds as set forth in the Motion relating to the attorney contingency fee distribution, reimbursement of the advanced costs to the attorneys, the repayment of the Oasis lien that I was at all times aware and approved to have been

received by Janet Godinez for the benefit of the heirs and the estate, and the equal distribution to each of the five heirs.

9. I have signed this affidavit voluntarily and on my own free will.

10. All facts in this affidavit is based on my personal knowledge.

AFFAINT SAYETH NAUGHT

Ofelia Godinez

Ofelia Godinez

Subscribed and sworn to before me on

This 12 day of December, 2019

Estefana L. R.

Notary Public

"OFFICIAL SEAL"
ESTEFANA L RODRIGUEZ
Notary Public, State of Illinois
My Commission Expires 6/20/2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JANET GODINEZ, on behalf of herself and as administrator to the estate of her brother, HERIBERTO GODINEZ, Deceased, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 16 CV 7344 |
| | ) | Judge ROWLAND |
| The CITY OF CHICAGO, el al., | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF CRYSTAL GODINEZ OF EQUAL DEPENDENCY AND DISTRIBUTION OF SETTLEMENT FUNDS**

I, Crystal Godinez, being duly sworn under oath, states the following:

1. I am of legal age and competency.

2. HERIBERTO GODINEZ Jr. was my brother.

3. HERIBERTO GODINEZ, Jr., died leaving five heirs: Heriberto Godinez, Sr. (his father), Ofelia Godinez (his mother), Janet Godinez (his sister), Crystal Godinez (his sister), and Juan Godinez (his brother).

4. I am one of the heirs and beneficiaries of Heriberto Godinez's estate.

5. Janet Godinez, the administrator of the Estate, along with counsel, has kept me informed about the case throughout its duration. I was made aware that an offer to settle this matter was made in the amount of $1,200,000.00 and agree that accepting this offer is in the best interest of the heirs.

6. I agree that the dependency of each heir to Heriberto Godinez are equal at 20% (or 1/5 share), and that the distribution of the proceeds after fees, costs, and liens are paid, should be divided equally between the five heirs.

7. I have reviewed the Plaintiff's Motion to Approve Settlement of Wrongful Death Cause of Action and to Approve Distribution of Funds.

8. I agree with the distribution of the settlement funds as set forth in the Motion relating to the attorney contingency fee distribution, reimbursement of the advanced costs to the attorneys, the repayment of the Oasis lien that I was at all times aware and approved to have been

received by Janet Godinez for the benefit of the heirs and the estate, and the equal distribution to each of the five heirs.

9. I have signed this affidavit voluntarily and on my own free will.

10. All facts in this affidavit is based on my personal knowledge.

AFFAINT SAYETH NAUGHT

Crystal Godinez

Subscribed and sworn to before me on

This 30 day of December, 2019

"OFFICIAL SEAL"
ELIZABETH HERNANDEZ
Notary Public, State of Illinois
My Commission Expires 4/10/2023

Subscribed and sworn to before me
this 30 day of December 2019
at Chicago, County of Cook, State of Illinois.
Notary Public Elizabeth Hernandez

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JANET GODINEZ, on behalf of herself and as administrator to the estate of her brother, HERIBERTO GODINEZ, Deceased, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 16 CV 7344 |
| | ) | Judge ROWLAND |
| The CITY OF CHICAGO, el al., | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF JUAN GODINEZ OF EQUAL DEPENDENCY AND DISTRIBUTION OF SETTLEMENT FUNDS**

I, Juan Godinez, being duly sworn under oath, states the following:

1. I am of legal age and competency.

2. HERIBERTO GODINEZ Jr. was my brother.

3. HERIBERTO GODINEZ, Jr., died leaving five heirs: Heriberto Godinez, Sr. (his father), Ofelia Godinez (his mother), Janet Godinez (his sister), Crystal Godinez (his sister), and Juan Godinez (his brother).

4. I am one of the heirs and beneficiaries of Heriberto Godinez's estate.

5. Janet Godinez, the administrator of the Estate, along with counsel, has kept me informed about the case throughout its duration. I was made aware that an offer to settle this matter was made in the amount of $1,200,000.00 and agree that accepting this offer is in the best interest of the heirs.

6. I agree that the dependency of each heir to Heriberto Godinez are equal at 20% (or 1/5 share), and that the distribution of the proceeds after fees, costs, and liens are paid, should be divided equally between his five heirs.

7. I have reviewed the Plaintiff's Motion to Approve Settlement of Wrongful Death Cause of Action and to Approve Distribution of Funds.

8. I agree with the distribution of the settlement funds as set forth in the Motion relating to the attorney contingency fee distribution, reimbursement of the advanced costs to the attorneys, the repayment of the Oasis lien that I was at all times aware and approved to have been

received by Janet Godinez for the benefit of the heirs and the estate, and the equal distribution to each of the five heirs.

9. I have signed this affidavit voluntarily and on my own free will.

10. All facts in this affidavit is based on my personal knowledge.

AFFAINT SAYETH NAUGHT

Juan Godinez

Subscribed and sworn to before me on

This 12th day of December, 2019

VERNON M JIMERSON BELL
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 21, 2022